# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| Tracey N. DeBruhl , | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00405 |
| | ) | |
| vs. | ) | |
| | ) | |
| Mission Health Systems, Inc. et al, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 12, 2017 Order.

January 12, 2017

Frank G. Johns, Clerk
United States District Court