THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00405-MR-DLH

| | |
|---|---|
| TRACEY N. DeBRUHL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>MISSION HEALTH SYSTEM, INC., )<br>MISSION HEALTH, INC., MISSION- )<br>ST. JOSEPH'S HEALTH SYSTEM, )<br>INC., MEMORIAL MISSION MEDICAL )<br>CENTER, INC., MEMORIAL MISSION )<br>MEDICAL CENTER FOUNDATION, )<br>INC., and COPESTONE, )<br>)<br>Defendants. )<br>_____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the Plaintiff's "Motion for Law to Be Followed to Reinstate Case," which the Court construes as a motion for remand. [Doc. 7].

The Plaintiff asks the Court to "reappoint [this case] back to Superior [Court] or even just state it is a Superior Court Case." [Doc. 7]. To the extent that the Plaintiff's request can be construed as a motion to remand, the request must be denied. This action was originally filed in federal court and therefore cannot be remanded to any state court. Moreover, the Plaintiff's

federal case has been dismissed. If he wishes to pursue some remedy in state court, he must refile an action there.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's "Motion for Law to Be Followed to Reinstate Case" [Doc. 7], which the Court construes as a motion for remand, is **DENIED**.

**IT IS SO ORDERED.**

Signed: March 7, 2017

Martin Reidinger
United States District Judge